ORIGINAL

FILED
DEC 27 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 07-897 C

**MOTION FOR A PROTECTIVE ORDER**

Logistics Support Services JV ("LSSJV"), by counsel, pursuant to Section VI. of Appendix C, of the Rules of the Court of Federal Claims ("RCFC") hereby respectfully requests that the Court issue its standard Protective Order, with a single revision as requested below, so that the parties' proprietary, confidential, and competition-sensitive information may be protected during this preceding.

The nature of this bid protest proceeding will require the parties to review and submit to the Court certain proprietary and source selection sensitive confidential information. This information is not publicly available and offerors submitting proposal information to the government typically do so only under a protective legend to protect the information's confidentiality. Similarly, source selection sensitive and confidential information has been developed by the government during the course of this procurement, which information is also confidential and not publicly available. The Court's issuance of its standard Protective Order, in these proceedings, will maintain the confidentiality of the above described information.

Because of the likely expedited nature of these proceedings, plaintiff's counsel anticipates that it will have more than three attorneys applying for access to information under the Protective Order. For that reason, plaintiff requests that paragraph 13 of the Court's standard Protective Order be modified to allow parties to make no more than five copies of protected material, rather than the three copies envisioned by the standard Protective Order.

WHEREFORE, LSSJV respectfully requests that the Court grant this Motion For a Protective Order.

Respectfully submitted,

David S. Cohen
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Logistics Support Services JV

Of Counsel:

John J. O'Brien
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 27, 2007

**Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document has been provided this 27th day of December, 2007, by hand delivery, to the following:

Department of Justice
Commercial Litigation Branch
Civil Division
8th floor
1100 L Street N.W.
Washington, D.C. 20530
(Attention: Mark Melnick)

Scott Hommer
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Counsel for the awardee, Santa Barbara Applied Research Inc.

David S. Cohen