ORIGINAL

FILED
DEC 27 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 07-897 C |

**MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

Logistics Support Services JV ("LSSJV"), by counsel, pursuant to Rule 65 of the Rules of the Court of Federal Claims ("RCFC") and the Federal Rules of Civil Procedure hereby respectfully requests that the Court issue a Temporary Restraining Order and provide preliminary injunctive relief prohibiting the Air Force from transitioning performance from its incumbent contractor, Phoenix Management Inc. ("PMI") to Santa Barbara Applied Research Inc. ("SBARI") on the contract awarded to SBARI pursuant to RFP No. FA2517-06-R-6003, known as the "Multi-Wing Logistics Support Contract."

As discussed in greater detail in the accompanying memorandum of points and authorities, SBARI has not yet commenced performance, other than transition activities, and the incumbent contract has extensions through March 31, 2008. The Air Force, therefore, has available contract coverage for its base operations support needs at the bases covered by the Multi-Wing Logistics Support Contract. Plaintiff understands that, unless enjoined, SBARI will take over performance from the incumbent contractor on

January 1, 2008. A Temporary Restraining Order is appropriate to maintain the status quo until such time as the Court can rule on preliminary and permanent injunctive relief.

Respectfully submitted,

David S. Cohen
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Logistics Support Services JV

Of Counsel:

John J. O'Brien
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 27, 2007

**Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document has been provided, is this 27th day of December, by hand delivery, to the following:

Department of Justice
Commercial Litigation Branch
Civil Division
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
(Attention: Mark Melnick)

Scott Hommer
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Counsel for the awardee, Santa Barbara Applied Research Inc.

David S. Cohen