ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
DEC 2 7 2007
U.S. COURT OF FEDERAL CLAIMS

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 07-897 C

**MOTION FOR LEAVE TO FILE COMPLAINT, MOTIONS AND RELATED MATERIALS UNDER SEAL**

Logistics Support Services JV ("LSSJV"), by counsel, pursuant to Section III.4. of Appendix C, hereby respectfully requests that the Court grant it permission to file its Complaint, Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctive Relief, and related materials, which contain proprietary and/or confidential information, under seal pending the entry of the Court's protective order in this matter. The documents are being filed simultaneously herewith along with redacted versions of the documents omitting the proprietary and/or confidential information.

Plaintiff's Complaint, and the above described related documents, contain confidential and proprietary information of LSSJV. Much of this information was provided to the Government, under a protective proprietary legend, pursuant LSSJV's proposal in response to RFP No. FA2517-06-R-6003.

In a separate motion, filed simultaneously with this motion, LSSJV requests the

Court enter its standard Protective Order in this matter so as to protect against the public release of the proprietary information in the Complaint, Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctive Relief, related materials and similar information to be filed by the parties in subsequent submissions to this Court.

WHEREFORE, LSSJV respectfully requests that the Court grant this Motion For Leave To File Complaint And Motions Under Seal.

Respectfully submitted,

David S. Cohen
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Logistics Support Services JV

Of Counsel:

John J. O'Brien
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 27, 2007

**Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document has been provided this 27th day of December, 2007, by hand delivery, to the following:

Department of Justice
Commercial Litigation Branch
Civil Division
8th floor
1100 L Street N.W.
Washington, D.C. 20530
(Attention: Mark Melnick)

Scott Hommer
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Counsel for the awardee, Santa Barbara Applied Research Inc.

David S. Cohen

IN THE UNITED STATES COURT OF FEDERAL
CLAIMS BID PROTEST

| | | |
|---|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) | |
| Plaintiff, | ) | Civil Action No. ____________ |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER having come before this Court on Logistics Support Services JV's Motion For Leave To File Complaint And Motions Under Seal. This Court having considered the Motion, and the entire record herein, and it appearing that the motion should be granted, it is hereby

ORDERED, that the Motion For Leave To File Complaint And Motions Under Seal be, and hereby is, GRANTED.

ENTERED this ______ day of ______________________ 2007.

______________________________
Judge, United States Court of Federal Claims