ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
DEC 27 2007
U.S. COURT OF
FEDERAL CLAIMS

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES
OF AMERICA,

Defendant.

Civil Action No. 07-897 C

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF LOGISTICS SUPPORT SERVICES JV**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Logistics Support Services JV ("LSSJV"), by counsel, discloses that it is a joint venture comprised of the following two companies, each of which have greater than 10% ownership:

1. J.K. Hill & Associates, Inc.
2. Inuit Services, Inc.

LSSJV has no other parent corporations that are publicly held and which own 10% or more of LSSJV stock. Inuit Services, Inc. is a wholly-owned subsidiary of Bering Straits Native Corporation.

Respectfully submitted,

David S. Cohen
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Logistics Support Services JV

Of Counsel:

John J. O'Brien
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 27, 2007

## Certificate of Service

The undersigned attorney hereby certifies that a copy of the foregoing document has been provided this 27th day of December, 2007, by hand delivery, to the following:

Department of Justice
Commercial Litigation Branch
Civil Division
8th floor
1100 L Street N.W.
Washington, D.C. 20530
(Attention: Mark Melnick)

Scott Hommer
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Counsel for the awardee, Santa Barbara Applied Research Inc.

David S. Cohen