ORIGINAL

FILED
DEC 2 7 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 07-897 C

**NOTICE PURSUANT TO RULE 40.2**

Pursuant to Rule 40.2 of the Rules of the United States Court of Claims, Logistics Support Services JV ("LSSJV") informs the Court that it is aware of no cases directly or indirectly related to the present case. A previous protest case at the GAO involving these same parties and procurement was dismissed prior to reaching the merits. However, a motion for reconsideration of the dismissal is currently pending at GAO.

Respectfully submitted,

David S. Cohen
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Logistics Support Services JV

Of Counsel:

John J. O'Brien
COHEN MOHR, LLP
1055 Thomas Jefferson St., N.W. Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: December 27, 2007

## Certificate of Service

The undersigned attorney hereby certifies that a copy of the foregoing document has been provided this 27th day of December, 2007, by hand delivery, to the following:

Department of Justice
Commercial Litigation Branch
Civil Division
8th floor
1100 L Street N.W.
Washington, D.C. 20530
(Attention: Mark Melnick)

Scott Hommer
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Counsel for the awardee, Santa Barbara Applied Research Inc.

David S. Cohen