**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **LOGISTICS SUPPORT SERVICES JV,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | No. 07-897C |
| ) | (Judge Hewitt) |
| **UNITED STATES OF AMERICA,** ) | |
| **Defendant.** ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David A. Levitt, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11138
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0309
Facsimile: (202) 514-7965
E-mail: David.Levitt@usdoj.gov

Dated: December 27, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of December, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David A. Levitt