# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: December 27, 2008)

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Motion for Leave to File Complaint, Motions and Related Materials Under Seal (motion). Plaintiff's motion is GRANTED. Because plaintiff has already filed its complaint and related documents under seal, no further action is required by plaintiff to comply with this Order.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge