# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: December 27, 2008)

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunctive Relief (motion). Further to the telephonic status conference held by the court on December 27, 2007, the motion is MOOT.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge