# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: December 27, 2008)

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court held a telephonic status conference (TSC) on December 27, 2007 at approximately 2:00 p.m. EST with counsel to plaintiff, Logistics Support Services JV (LSS), Messrs. David S. Cohen and John J. O'Brien, defendant's counsel, Mr. David Levitt, and counsel to the awardee, expected to join this litigation as defendant-intervenor, Santa Barbara Applied Research, Inc. (SBAR), Mr. Patrick Quigley. Further to the TSC, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court[1] and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[2] The court expects to issue a protective order on or before Friday, December 28, 2007.

[1]In addition to filing the Administrative Record (AR) electronically, two paper copies of the AR shall be provided to chambers through the Office of the Clerk of the Court.

[2]The parties shall, in accordance with the Rules of the United States Court of Federal Claims (RCFC) Appendix E, Part IV, ¶ 10, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on or before Friday, January 4, 2008, a continuous Bates-stamped AR to include all documents[3] related to (i) the preparation and/or promulgation, including all amendments, of the Request for Proposal No. FA2517-06-R-6003 (RFP); (ii) the proposals submitted by LSS and SBAR in response to the RFP; (iii) the Award of Contract No. FA2517-06-R-6003 including, without limitation, all documents relating to the evaluation of the proposals of LSS and SBAR and all communication between LSS and defendant and all communication between SBAR and defendant (proposals or evaluations of proposals involving offerors other than LSS and SBAR shall not be included in the AR); and (iv) all documents relating to the possible inclusion of work to be performed at Patrick AFB within the requirements of the RFP and/or Contract No. FA2517-06-R-6003 wherever within the Air Force any such documents were generated.

2. Plaintiff shall file with the court and serve on defendant and defendant-intervenor its motion to supplement the AR, if any, on or before Tuesday, January 8, 2008 at 5:00 p.m. EST. Defendant and defendant-intervenor shall file their responses to plaintiff's motion to supplement the AR on or before Thursday, January 10, 2008 at 5:00 p.m. EST. If plaintiff shall file a motion to supplement the AR, the court shall hold a telephonic hearing on the motion on Friday, January 11, 2008 at 11:00 a.m. EST. A Sprint operator will initiate the call.

3. Plaintiff shall file with the court and serve on defendant and defendant-intervenor its motion for judgment on the AR on or before Wednesday, January 16, 2008.

4. Defendant and defendant-intervenor shall file with the court their responses to plaintiff's motion and their cross-motions for judgment on the AR on or before Wednesday, January 23, 2008.

---

[3]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

4. Plaintiff shall file its responses to defendant's and defendant-intervenor's cross-motions and its replies to defendant's and defendant-intervenor's responses to plaintiff's motion on or before Wednesday, January 30, 2008.

5. Defendant and defendant-intervenor shall file their respective replies to plaintiff's responses on or before Wednesday, February 6, 2008.

6. The court will hear oral argument on the merits at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Friday, February 8, 2008 at 11:00 a.m. EST.

A courtesy copy of this order shall be provided by email to SBAR's counsel at prquigley@venable.com.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge