**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07-897C<br>(Judge Emily C. Hewitt) |

**SANTA BARBARA APPLIED RESEARCH'S MOTION TO INTERVENE**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Santa Barbara Applied Research, Inc. ("SBAR"), by its undersigned counsel, respectfully moves to intervene as a matter of right in the above-captioned matter. Intervention is proper in accordance with Rule 24(a) of the RCFC because SBAR has timely applied for intervention, SBAR is the contract awardee and, therefore, has an interest relating to the transaction that is the subject of this action, SBAR's protection of its interest will be impaired or impeded without its participation, and SBAR's interest will not be adequately represented by the existing parties. Alternatively, SBAR should be permitted to intervene in accordance with RCFC 24(b) because SBAR's defense and the main action have questions of law or fact in common.

SBAR's memorandum of points and authorities in support of this motion is attached.

Respectfully submitted,

Dated: December 28, 2007

s/ J. Scott Hommer, III
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1685
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

*Counsel to Santa Barbara Applied Research, Inc.*

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Patrick R. Quigley
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

**CERTIFICATE OF SERVICE**

Intervenor has filed this document electronically via the ECF electronic filing Website of the United States Court of Federal Claims and in accordance with the Rules of the Court of Federal Claims, Appendix E, Rule 12 have, therefore, served notice on counsel of record.

Dated: December 28, 2007

Respectfully submitted,

/s/ J. Scott Hommer, III

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1644 (Protected Facsimile)
*Attorney of Record*