**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 07-897C<br>(Judge Emily C. Hewitt) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Santa Barbara Applied Research, Inc. ("SBAR"), by its undersigned counsel, timely files this Corporate Disclosure Statement. SBAR does not have a parent corporation, and no publicly-held corporation owns 10% or more of SBAR's stock.

Respectfully submitted,

Dated: December 28, 2007

s/ J. Scott Hommer, III

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1685
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

*Counsel to Santa Barbara Applied Research, Inc.*

Of Counsel:

William L. Walsh, Jr.
Keir X. Bancroft
Patrick R. Quigley
Peter A. Riesen
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

**CERTIFICATE OF SERVICE**

Intervenor has filed this document electronically via the ECF electronic filing Website of the United States Court of Federal Claims and in accordance with the Rules of the Court of Federal Claims, Appendix E, Rule 12 have, therefore, served notice on counsel of record.

Dated: December 28, 2007

Respectfully submitted,

/s/ J. Scott Hommer, III

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1644 (Protected Facsimile)
*Attorney of Record*