# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: December 28, 2007)

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SANTA BARBARA APPLIED RESEARCH, INC.,

Defendant-Intervenor.

ORDER

Before the court are the Motion to Intervene (motion) and a memorandum in support of the motion filed by Santa Barbara Applied Research, Inc. (SBAR). Neither plaintiff nor defendant opposes the motion. Further to the representations in the motion and the memorandum, and further to the telephonic status conference held on December 27, 2008, SBAR's motion is GRANTED.

Defendant-intervenor shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the administrative record on or before Wednesday, January 23, 2008. See Order of December 27, 2007. Defendant-intervenor shall file its reply to plaintiff's response on or before Wednesday, February 6, 2008. Id.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge