IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SANTA BARBARA APPLIED RESEARCH, INC.<br><br>Intervenor. | No. 07-897<br>(Judge Emily Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ELECTRONIC VERSION OF ADMINISTRATIVE RECORD OUT OF TIME

Pursuant to Rule 7(b), RCFC, and this Court's scheduling order dated December 27, 2007, the United States respectfully seeks leave to file an electronic version of the administrative record in the above-captioned action out of time. In support of this motion, we aver as follows:

1. On Friday January 4, 2007, the undersigned counsel received a cd rom containing the administrative record which was then uploaded to a hard drive on his computer. The contractor who had prepared the cd rom had not bunched the documents into 4 mb files and there were thus a large number of files which made up the administrative record (the administrative record exceeds 2000 pages). The undersigned attempted to attach each file to a notice of filing in this Court's electronic filing system but the system apparently would not accommodate the large number of attached files. For reasons unbeknown to the undersigned, the

system did not register the filing.

2. The undersigned contacted plaintiff's counsel to explain the technical problem with the filing. The parties agreed to meet and the undersigned provided plaintiff's counsel a hard copy of the administrative record for use over the weekend. The undersigned has been informed that plaintiff's counsel has now had the administrative record scanned into 4 mb pdf files and will e mail the folder to the undersigned. After receipt of the electronic files, the undersigned will seek to transfer the files to the Court's electronic system and complete the electronic filing.

3. On Sunday, January 6, the undersigned informed counsel for the intervening defendant concerning the technical problem with the electronic filing of the administrative record. Counsel indicated he understood and it would be satisfactory if he received a copy of the electronic file being prepared for filing in this Court. The parties agreed to provide these files to the intervening defendant as soon as they are complete.

4. While the undersigned was not able to complete the electronic filing in this Court in a timely fashion, he did provide two paper copies of the administrative record to the Court in accordance with the December 27 scheduling order. Thus, paper versions of the administrative record were provided to the court in a timely fashion pursuant to the December 27 order.

For these reasons, we respectfully seek leave to file the administrative record through the Court's electronic filing system out of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian Simkin
BRIAN SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of January 2008, a copy of the foregoing "Motion For Leave To File Administrative Record Electronically Out Of Time," with attachments, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt