# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 8, 2008)

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SANTA BARBARA APPLIED RESEARCH, INC.,

Defendant-Intervenor.

ORDER

Before the court is Defendant's Unopposed Motion For Leave to File Electronic Version of Administrative Record Out of Time (defendant's Motion) (capitals in original), filed January 7, 2008. For the reasons stated therein, defendant's Motion is GRANTED.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge