# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 8, 2008)

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SANTA BARBARA APPLIED RESEARCH, INC.,

Defendant-Intervenor.

ORDER

Before the court is Plaintiff's Motion For an Extension of Time in Which to File its Motion to Supplement the Administrative Record (plaintiff's Motion) (capitals in original), filed January 8, 2008. For the reasons stated therein, plaintiff's Motion is GRANTED. Plaintiff shall file with the court, and serve on defendant and defendant-intervenor, its motion to supplement the administrative record, if any, on or before Wednesday, January 9, 2008 at 5:00 p.m. EST. The court will address any additional impact on the court's scheduling order of December 27, 2008 by further order if necessary.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE

Judge
FOR
EMILY C. HEWITT
Judge