IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SANTA BARBARA APPLIED RESEARCH, INC.<br><br>Intervenor. | ) | No. 07-897<br>(Judge Emily Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENT TO ADMINISTRATIVE RECORD

Pursuant to Rule 7(b), RCFC, and this Court's scheduling order dated December 27, 2007, the United States respectfully seeks leave to file a supplement to the administrative record in the above-captioned action. In support of this motion, we aver as follows:

1. Pursuant to the December 27, 2007 order and an order dated January 8, 2008 enlarging our time to file the administrative record, we filed the administrative record on January 8, 2008. We had previously received materials from the Air Force which were not included in the administrative record filed on January 8, 2008 because of the need to paginate the pages and otherwise prepare the materials for filing. We did, however, provide copies of these materials by e-mail at the time received to the plaintiff and intervenor.

2. The materials which could not be included in the administrative record filed on January 8, 2008 consists of approximately 600 pages of e-mails and attachments to e-mails.

These have now been processed for filing with the Court. In addition, we were advised by plaintiff that it desired access to e-mail attachments not included in the administrative record filed on January 8, 2008 (but noted in the text of the e-mails) because they appeared to be duplicates of other materials in the administrative record. Because plaintiff expressed a desire to have these materials, however, we have now included them in the materials to be filed as a supplement to the administrative record.

3. The supplemental record is timely because all of the materials were previously provided to the parties and will be received in advance of the filing deadline for the cross-motions for summary judgment upon the administrative record.

For these reasons, we respectfully request that our motion for leave to file a supplement to the administrative record be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 11, 2008

CERTIFICATE OF FILING

I hereby certify that on January 11, 2008, a copy of the foregoing "Motion For Leave To File A Supplement To The Administrative Record " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt