# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 11, 2008)

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SANTA BARBARA APPLIED RESEARCH, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court is Defendant's Unopposed Motion For Leave to File Supplement to Administrative Record (defendant's Motion), filed January 11, 2008. Because defendant's Motion is unopposed, and for the reasons stated therein, defendant's Motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge