# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 11, 2008)

LOGISTICS SUPPORT SERVICES JV,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

SANTA BARBARA APPLIED RESEARCH, INC.,

Defendant-Intervenor.

## ORDER

Before the court are Plaintiff's Motion to Compel Production of Documents or in the Alternative to Supplement the Administrative Record and to Revise the Court's December 27, 2007 Scheduling Order (plaintiff's Motion), plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Production of Documents or in the Alternative to Supplement the Administrative Record and to Revise the Court's December 27, 2007 Scheduling Order (plaintiff's Memorandum), the Government's Opposition to Motion to Supplement Administrative Record (defendant's Opposition), and Santa Barbara Applied Research's Opposition to Plaintiff's Motion to Compel Production of Documents or in the Alternative to Supplement the Administrative Record and to Revise the Court's December 27, 2007 Scheduling Order (defendant-intervenor's Opposition). The court heard oral argument on plaintiff's Motion on January 11, 2008 at 11:00 a.m. EST.

After considering the oral argument, plaintiff's Motion is GRANTED to the extent of requiring the certification described below. Otherwise, plaintiff's Motion is DENIED, with leave, however, to reassert plaintiff's Motion for cause shown. Defendant shall provide certification by an agency representative, pursuant to Rule 52.1(a) of the Rules of the United States Court of Federal Claims (RCFC), that the Administrative Record is complete. The certification shall include a representation that the following individuals have been provided with a copy of paragraph one of the court's order of December 27, 2007 (including footnote three of the order), and have had their attention drawn to subparagraph (iv) of paragraph one, and that each individual has certified to the certifying representative that he or she has provided all materials responsive to subparagraph (iv) of paragraph one of the order.

1. Col. John Gilmour
2. Col. Harold J. Cunningham
3. Col. Mark D. Bontrager
4. Dianne S. Holmes
5. Tracie L. O'Donovan
6. Barbara K. Bumby
7. Stephen A. McLaren
8. Marnell L. Hoover
9. Maj. Damon G. Coon
10. Antonio Cazares
11. Susan Blankenhagen
12. Maj. Roy P. Longley
13. Donna K. Wenzel
14. Maria Scheffel
15. Betty Flores
16. Archie Patterson
17. Alan W. Godfrey
18. Chancel A. Bewry
19. Evelyn M. Bartlett
20. Tsgt. John D. Thompson
21. Capt. Brian K. Fariss
22. Sherri L. Richardson
23. Larry Griffin
24. Susan Graham
25. Glenn W. Scanes
26. Addie Alexander
27. Douglas Guldan

The certification shall be filed on or before Friday, January 18, 2008 at 5:00 p.m. EST.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge