IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant, | ) No. 07-897 |
| | ) (Judge Emily Hewitt) |
| and | ) |
| | ) FILED UNDER SEAL PURSUANT |
| SANTA BARBARA APPLIED RESEARCH, INC. | ) TO PROTECTIVE ORDER |
| Intervenor. | ) |

NOTICE OF FILING OF SUPPLEMENTAL RECORD

Pursuant to Appendix C, ¶VII.21, of the Rules of the Court of Federal Claims and this Court's order dated January 8, 2008, the United States hereby gives notice of filing of the supplemental administrative record in the above-captioned action.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 14, 2008

CERTIFICATE OF FILING

I hereby certify that on this 8th day of January 2008, a copy of the foregoing "Notice of Filing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt