# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 14, 2008)

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SANTA BARBARA APPLIED RESEARCH, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion For an Enlargement of Time to File Motions For Judgment on the Administrative Record [(AR)] and Memorandum of Points and Authorities in Support Thereof (plaintiff's Motion), filed January 14, 2008. Because plaintiff's Motion is unopposed, and for the reasons stated therein, plaintiff's Motion is GRANTED. The following scheduling order will SUPERSEDE the court's prior order of December 27, 2007.

The court provides the following directive concerning the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[1]

[1]The parties shall, in accordance with the Rules of the United States Court of Federal (continued...)

1. Plaintiff shall file with the court and serve on defendant and defendant-intervenor its motion for judgment on the AR on or before Tuesday, January 29, 2008.

2. Defendant and defendant-intervenor shall file with the court their responses to plaintiff's motion and their cross-motions for judgment on the AR on or before Tuesday, February 5, 2008.

3. Plaintiff shall file its responses to defendant's and defendant-intervenor's cross-motions and its replies to defendant's and defendant-intervenor's responses to plaintiff's motion on or before Tuesday, February 12, 2008.

4. Defendant and defendant-intervenor shall file their respective replies to plaintiff's responses on or before Tuesday, February 19, 2008.

5. The court will hear oral argument on the merits at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Monday, February 25, 2008 at 2:00 p.m. EST.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1](...continued)
Claims (RCFC) Appendix E, Part IV, ¶ 10, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.