IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SANTA BARBARA APPLIED RESEARCH, INC.<br><br>Intervenor. | No. 07-897<br>(Judge Emily Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
ADDITIONAL SUPPLEMENT TO ADMINISTRATIVE RECORD

Pursuant to Rule 7(b), RCFC, and this Court's scheduling order dated December 27, 2007, the United States respectfully seeks leave to file an additional supplement to the administrative record in the above-captioned action (the first supplement was filed on January 14, 2008). In support of this motion, we aver as follows:

1. Pursuant to the order dated January 11, 2008 requiring certification of the administrative record, the undersigned and Air Force representatives engaged in a conference call to discuss the form and requirements of certification. As required by the January 11, 2008 order, the certification will be filed on or before January 18, 2008. In the course of the discussion, the undersigned inquired whether the performance work statement, which is referenced in the administrative record, was included in the administrative record filed on January 7, 2007 or the supplemental administrative record filed on January 14, 2007. In

addition, the undersigned inquired whether there might be any previously undisclosed e-mails relating to the transfer of the Patrick Air Force Base requirements to the Multiwing Contract required to be produced by the December 27, 2007 order. The reason for the inquiries was the undersigned's inability to locate the performance work statement in the administrative record and his obligation to comply fully with the certification requirement of the December 27, 2007 order.

2. On January 16, 2008, the contracting officer for the Multiwing Contract notified the undersigned that the electronic folder in which the performance work statement had been located had failed to transfer because of its bulk. Further, on January 17, 2008, Colonel Harold J. Cunningham, Jr., the certifying official, informed the undersigned that a small number of e-mails from an individual on medical leave at the time the administrative record was assembled had failed to be included in the administrative record. The Air Force has now e mailed the performance work statement and the omitted e-mails to the undersigned for electronic filing with the Court. The failure of the Air Force to include these materials was an oversight related to the electronic transfer of files and the omission of a small number of e-mails from the administrative record. We now seek to rectify the oversight by filing these materials as an additional supplement to the administrative record.

3. The supplemental record containing the performance work statement and e-mails relating to the potential transfer of the Patrick Air Force Base requirements to the Multiwing Contract is timely because the exclusion oversight was just discovered, all of the remaining materials in the administrative record and supplemental administrative record were previously provided to the parties, and the parties will be in possession of all relevant materials

well in advance of the filing deadline for the cross-motions for summary judgment upon the administrative record.

For these reasons, we respectfully request that our motion for leave to file an additional supplement to the administrative record be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 17, 2008

CERTIFICATE OF FILING

I hereby certify that on January 17, 2008, a copy of the foregoing "Motion For Leave To File An Additional Supplement To The Administrative Record " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt