IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SANTA BARBARA APPLIED RESEARCH, INC.<br><br>Intervenor. | No. 07-897<br>(Judge Emily Hewitt) |

UNOPPOSED MOTION TO STRIKE
DOCUMENTS 45 AND 46 FROM THE DOCKET

Pursuant to Rule 7(b), RCFC, the defendant, United States, hereby moves to strike documents 45 and 46 from the docket of the above referenced case. These documents were filed previously and the undersigned incorrectly believed he was electronically filing document number 47 when the documents that were transmitted pursuant to the electronic filing system were documents 45 and 46. The error was due entirely to the undersigned highlighting the wrong pdf file in one case and failing to replace the old text with new text in another case. The redundancy of the docket sheet will be eliminated and efficiencies will be advanced if this motion is granted.

For these reasons, we respectfully request that this motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 17, 2008

CERTIFICATE OF FILING

I hereby certify that on January 18, 2008, a copy of the foregoing "Motion to Strike Documents 45 and 46 From The Docket Sheet" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt