CERTIFICATION OF CONTRACTING OFFICE ADMINISTRATIVE RECORD
FOR SOLICITATION NO. FA2517-06-R-6003

I, Colonel Harold J. Cunningham, Jr., Chief of Contracting at HQ Air Force Space Command (office symbol AFSPC/A7K), hereby certify that to the best of my knowledge and after careful review, the documents filed with the court on January 7 and 14, 2008, as well as a small number of e mails forwarded to the parties on January 17, 2008 and subject to a motion for leave to file an additional supplement to the administrative record filed on January 17, 2008, constitute the record of administrative actions performed for the issuance of Solicitation and Award No. FA2517-06-R-6003. I further certify that, as required by the order filed in the Court of Federal Claims on January 11, 2008 (Case No. 07-897 C), the individuals identified in that order have had their attention drawn to subparagraph (iv) of paragraph one of the order filed on December 27, 2007, and, with one exception noted below, each individual has certified that he or she has provided all materials responsive to subparagraph (iv) of paragraph one of the order. Ms. Evelyn Bartlett, who was only peripherally involved in budget estimates relating to the Patrick Air Force Base requirements, is currently out of the country and will be unable to provide her certification until her return on January 22, 2008. I will supplement this certification with a certification relating to her compliance with the December 27, 2007 order upon her return.. The documents contained in the administrative record are the documents required to be maintained in accordance with this agency's procurement regulations, FAR Subpart 4.803, as well as the documents identified in the Court of Federal Claims December 27, 2007 order. The records have been organized as they are maintained in this agency's files.

Executed this 17th day of January, 2008

Harold J. Cunningham, Jr.