SUPPLEMENTAL CERTIFICATION OF CONTRACTING OFFICE
ADMINISTRATIVE RECORD FOR SOLICITATION NO. FA2517-06-R-6003

In my certification filed on January 18, 2008, I noted that I had not received certification from Ms. Evelyn Bartlett concerning her compliance with subparagraph (iv) of paragraph one of this Court's order of December 27, 2007 because she was out of the country. Now Ms. Bartlett has returned and provided the required certification. Accordingly, I, Colonel Harold J. Cunningham, Jr., Chief of Contracting at HQ Air Force Space Command (office symbol AFSPC/A7K), hereby certify that Ms. Bartlett has certified that she has provided all materials responsive to subparagraph (iv) of paragraph one of the order. The documents previously provided in the administrative record are the documents required to be maintained in accordance with this agency's procurement regulations. FAR Subpart 4.803. The records have been organized as they are maintained in this agency's files.

Executed this 22nd day of January, 2008

Harold J. Cunningham, Jr.