# In the United States Court of Federal Claims

No. 07-897 C

(E-Filed: January 23, 2008)

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SANTA BARBARA APPLIED RESEARCH, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court are Defendant's Unopposed Motion For Leave to File Electronic Version of Administrative Record Out of Time (document number 45 or Doc. No. 45), Defendant's Unopposed Motion For Leave to File Supplement to Administrative Record (document number 46 or Doc. No. 46), Defendant's Unopposed Motion For Leave to File Additional Supplement to Administrative Record (document number 47 or Doc. No. 47), and defendant's Unopposed Motion to Strike Documents 45 and 46 From the Docket (document number 48 or Doc. No. 48). The court understands document number 45 to have already been granted and it is therefore considered MOOT. The court further understands document number 47 to have superceded document number 46. Document number 46 is therefore considered MOOT. Due to the fact that the court has found document numbers 45 and 46 moot, document number 48 is considered MOOT as well. Because it is unopposed, and for the reasons stated therein, the relief requested in document number 47, Defendant's Unopposed Motion For Leave to File Additional Supplement to Administrative Record, is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge