IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LOGISTICS SUPPORT SERVICES JV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | No. 07-897 |
| | ) | (Judge Emily Hewitt) |
| and | ) | |
| | ) | |
| SANTA BARBARA APPLIED | ) | |
| .RESEARCH INC. | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |

NOTICE OF FILING OF ADDITIONAL SUPPLEMENT
TO ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶VII.21, of the Rules of the Court of Federal Claims and this Court's order dated January 23, 2008, the United States hereby gives notice of filing of an additional supplement to the administrative record in the above-captioned action.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-307-0309

Attorneys for Defendant

Date: January 24, 2008

CERTIFICATE OF FILING

I hereby certify that on this 24th day of January 2008, a copy of the foregoing "Notice of Filing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt