IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LOGISTICS SUPPORT SERVICES JV,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>SANTA BARBARA APPLIED RESEARCH, INC.,<br><br>Intervenor | Civil Action No. 07-897<br>(Judge Emily C. Hewitt) |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41**

**COMES NOW** Plaintiff Logistics Support Services JV ("LSSJV"), by and through the undersigned counsel, and in accordance with RCFC Rule 41(a)(1)(i) hereby provides notice to the parties and the Court that it is voluntarily dismissing this action. This voluntary dismissal is being brought pursuant to RCFC Rule 41(a)(1)(i) because, at this time, there has been neither an answer nor a motion for summary judgment filed in this matter. Pursuant to RCFC Rule 41 this dismissal is without prejudice.

Respectfully submitted,

By: s/ David S. Cohen

Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550 (telephone)
(202) 342-6147 (facsimile)

Attorney of Record for Plaintiff
Logistics Support Services JV

Of Counsel:

John J. O'Brien
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550 (telephone)
(202) 342-6147 (facsimile)

Dated: January 25, 2008

**Certificate of Filing**

I hereby certify that on this 25th day of January 2008, a copy of the foregoing "Notice Of Plaintiff's Voluntary Dismissal Of Action Pursuant To Rule 41" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David S. Cohen